IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONNIE REESE,<br><br>    Plaintiff,<br><br>vs.<br><br>DEERE & COMPANY,<br><br>    Defendant. | **4:21CV3282**<br><br>**ORDER** |

After conferring with counsel for the parties,

IT IS ORDERED:

1) The deadline for filing motions for summary judgment and motions challenging expert testimony is November 17, 2023.

2) The jury trial of this case is set to commence before John M. Gerrard, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **March 25, 2024**, or as soon thereafter as the case may be called, for a duration of four (4) trial days. Jury selection will be held at the commencement of trial..

3) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **March 6, 2024** at **10:00 a.m.**, and will be conducted by internet conferencing.  Conferencing instructions will be provided by the court prior to the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to deluca@ned.uscourts.gov, in Word format, by 5:00 p.m. on February 29, 2024.

4) Motions in limine and motions for pre-trial evidentiary hearings on the admissibility of evidence must be filed at least seven days prior to the pretrial conference.

October 18, 2023.

                       BY THE COURT:

                       *s/ Cheryl R. Zwart*
                       United States Magistrate Judge